IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CR 12-266 |
| | ) | |
| SAMUEL COLE | ) | |

## ORDER

AND NOW, this 5th day of April, 2016, it is hereby ORDERED, ADJUDGED, AND DECREED that the United States shall file a Response to Defendant's Motion for Reduction or Modification of Sentence Pursuant to Title 18 U.S.C. § 3582(C)(2); §2B11 and 2B1.1(B)(2) of the United States Sentencing Guidelines no later than April 25, 2016. Defendant may file a Reply to the Government's Response no later than May 9, 2016.

Maurice B. Cohill, Jr.
Senior United States District Judge

cc: Samuel Cole
FCI Morgantown
Post Office Box 1000
Morgantown, WV 26597-1000